IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERL KEITH KAPFS BROWN

     Plaintiff,                    No. CIV S-04-1688 MCE CMK PS

    vs.

SHASTA COUNTY, et al.,

     Defendants.

_____/        <u>ORDER</u>

       On May 12, 2005, plaintiff filed a motion for summary judgment and set it for hearing on June 14, 2005.  However, on May 10, 2005, the court dismissed plaintiff's complaint with leave to file an amended complaint within thirty days.  Accordingly, there is no valid complaint to form a basis for a motion for summary judgment.

       As this is entirely a procedural issue, the court vacates the June 14, 2005, hearing date and dismisses plaintiff's motion for summary judgment by order without prejudice.

///

///

///

///

IT IS ORDERED that:

1. The June 14, 2005 hearing date is vacated and;

2. Plaintiff's motion for summary judgment is dismissed without prejudice by order.

DATED: May 16, 2005.

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE